CARLEEN R. ARLIDGE     SBN 079725
Attorney At Law
111 West St. John Street, Suite 555
San Jose, California 95113
Telephone: (408) 288-8533
Facsimile: (408) 445-1861

Attorney For Defendant

**E-filed 5/15/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MANUEL MIGUEL PEREZ and<br>MANUEL HUMBERTO SOMOZA,<br><br>          Defendants. | NO. CR-05-00558 JF<br><br>[~~PROPOSED~~]<br>ORDER CONTINUING SENTENCING |

Upon stipulation of the parties and good cause appearing therefore, the sentencing hearing for each of the defendants in the above-entitled matter is continued to June 28, 2006 at 9:00 a.m.

Dated: 5/15/06

JEREMY FOGEL
United States District Judge